FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

APR - 7 2015

CHRISTOPHER A. PRINE
CLERK

April 2, 2015

Christopher A. Pine
Clerk, First Court of Appeals
First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

RE: Appellate # 01-91-00902-CR

Mr. Pine,

I am in the process of trying to get the transcripts from my brothers case (listed above). I have contacted Harris County District Office and was told to contact your office as HCDO does not have a copy of the transcript any longer.

After searching your website to see what I need to do to request a copy I could not find anything on the process of making this request. I did finally locate the case online showing your office has a copy of the transcript. I would like to make a request for a copy of the case listed above transcript. Some of the confusion on locating this case is that the name it is listed under is misspelled. It shows, Jimmy Don Hatley however it should be Jimmy Don Hailey but the case number is what my brother has on his records.

Please let me know what I need to do so that I may purchase a copy of his case transcript.

Thank you in advance for your assistance in this matter.

Sincerely,

Darla Hailey Lackey
18515 Belle Cote Dr.
Crosby, Tx 77532
281-328-3947 home
281-381-4564 cell
dklackey@Hotmail.com

C. Chaney
8515 Belle Cote Dr.
Crosby, TX 77532

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

APR 7 2015

CHRISTOPHER A. PRINE
CLERK

NORTH HOUSTON TX 773
03 APR 2015 PM 1 1

Christopher A. Prince
Clerk, First Court of appeals
First Court of appeals
301 Fannin Street
Houston, TX 77002-2006

7700220699